# EXHIBIT A

**Caption in compliance with D.N.J. LBR 9004-1(b)**
Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Debtor-in-Possession
*By: John O'Boyle, Esq. (JO - 6337)*
*joboyle@norgaardfirm.com*

| | |
|---|---|
| In Re:<br><br>**STEPHEN J. CONTE, JR.,**<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 11<br><br>Case No. 18-29278 JKS<br><br>Hearing Date: August 25, 2020 |

**CERTIFICATION OF DR. STEPHEN J. CONTE, SR. DO, IN REPLY TO OPPOSITION OF ALLSTATE INSURANCE COMPANY AND RELATED ENTITIES AND IN FURTHER SUPPORT OF MOTION TO REDUCE/EXPUNGE CLAIMS**

I, DR. STEPHEN J. CONTE, SR., DO, certify as follows:

1. I am a physician licensed to practice medicine in New Jersey, bearing license number 25MB02156900, specializing in radiology. I have been licensed since 1963.

2. Attached hereto as **Exhibit A** is a listing from Doctor List, a collection of physician profiles managed by the New Jersey Office of the Attorney General, Division of Consumer Affairs pursuant to the New Jersey Health Care Consumer Information Act of 2003. The information regarding the website is also included with **Exhibit A**.

3. I am the sole owner of Open MRI and Imaging of Rochelle Park, P.A., located at 251 Rochelle Ave, Rochelle Park, NJ 07762 ("Open MRI"). *See* **Exhibit B**. The New Jersey Department of the Treasury, Division of Revenue and Enterprise Services lists me as the President of Open MRI. *Id*.

4. I control and manage Open MRI. As a licensed physician, I am permitted to own this business.

5. The Debtor, my son Stephen J. Conte, Jr., owns no interest in Open MRI. He has received compensation from Open MRI for his marketing, sales and management services. At no time did Stephen J. Conte, Jr. exercise control or authority over Open MRI.

6. The main business address of Open MRI is 251 Rochelle Ave, Rochelle Park, NJ, where I operate Open MRI and Rochelle Park Medical Imaging, P.A. ("Facility"). *Id*. At this location, I perform radiological/imaging medical services to patients.

7. The Facility is properly registered with the New Jersey Department of Health as an Ambulatory Care Facility, bearing Facility Number 23475, with a license issued to myself. *See* **Exhibit C**. This license remains current. *Id*.

8. I originally also owned Vestibula Diagnostics, P.A. ("Vestibula"), and incorporated that business. This is why it has the same address as Open MRI.

9. I transferred Vestibula to my son, Stephen J. Conte, Jr., who I understand now owns that business.

I certify that the forgoing statements are true. I am aware that if the foregoing statements are willfully false, I am subject to punishment.

Dated: September 8, 2020

/s/ Stephen J. Conte, D.O
Dr. Stephen J. Conte, Sr., DO