# EXHIBIT C

Exhibit C - Open MRI Claims

NPI # Key:
1750329900 - Dr. Stephen Conte

| PROVIDER NAME | RENDERING PROVIDER NPI | PATIENT INITIALS | DATE OF SERVICE | PROCEDURE | CHARGES | AMOUNT PAID |
|---|---|---|---|---|---|---|
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.B. | 4/23/2020 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.B. | 4/23/2020 | 99000 | $250.00 | $7.71 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.B. | 4/23/2020 | 36415 | $150.00 | $2.55 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.B. | 4/23/2020 | 86328 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.B. | 4/30/2020 | 86328 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.B. | 4/30/2020 | 36415 | $150.00 | $2.55 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.B. | 4/30/2020 | 99000 | $250.00 | $7.71 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.B. | 4/30/2020 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | B.B. | 4/30/2020 | 36415 | $150.00 | $2.55 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | B.B. | 4/30/2020 | 99000 | $250.00 | $7.71 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | B.B. | 4/30/2020 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | B.B. | 4/30/2020 | 86328 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | J.B. | 4/30/2020 | 86328 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | J.B. | 4/30/2020 | 36415 | $150.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | J.B. | 4/30/2020 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | J.B. | 4/30/2020 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | T.B. | 4/30/2020 | 86328 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | T.B. | 4/30/2020 | 99000 | $250.00 | $7.71 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | T.B. | 4/30/2020 | 36415 | $150.00 | $2.55 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | T.B. | 4/30/2020 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.Z. | 6/22/2020 | 86328 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.Z. | 6/22/2020 | 36415 | $150.00 | $2.55 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.Z. | 6/22/2020 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.W. | 7/2/2020 | 86328 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.W. | 7/2/2020 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.W. | 7/2/2020 | 36415 | $150.00 | $2.55 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 12/26/2020 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 12/26/2020 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 12/26/2020 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.B. | 12/28/2020 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.B. | 12/28/2020 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.B. | 12/28/2020 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.C. | 12/30/2020 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.C. | 12/30/2020 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.C. | 12/30/2020 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 12/30/2020 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 12/30/2020 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 12/30/2020 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 12/30/2020 | 99072 | $375.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 12/30/2020 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 12/30/2020 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 12/30/2020 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | P.M. | 12/31/2020 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | P.M. | 12/31/2020 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | P.M. | 12/31/2020 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | L.C. | 1/2/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | L.C. | 1/2/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | L.C. | 1/2/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | V.G. | 1/3/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | V.G. | 1/3/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | V.G. | 1/3/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 1/3/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 1/3/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 1/3/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 1/3/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 1/3/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 1/3/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.G. | 1/4/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.G. | 1/4/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.G. | 1/4/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | T.L. | 1/6/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | T.L. | 1/6/2021 | 99072 | $375.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | T.L. | 1/6/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | T.L. | 1/6/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 1/6/2021 | 99214 | $150.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 1/6/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 1/6/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.C. | 1/14/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.C. | 1/14/2021 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.C. | 1/14/2021 | 86328 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.C. | 1/15/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.C. | 1/15/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.C. | 1/15/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | B.D. | 1/18/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | B.D. | 1/18/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | B.D. | 1/18/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.F. | 1/18/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.F. | 1/18/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.F. | 1/18/2021 | 99204 | $575.00 | $188.21 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.M. | 1/18/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.M. | 1/18/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.M. | 1/18/2021 | 99204 | $575.00 | $86.41 |

Exhibit C - Open MRI Claims

NPI # Key:
1750329900 - Dr. Stephen Conte

| | | | | | | |
|---|---|---|---|---|---|---|
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.N. | 1/18/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.N. | 1/18/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.N. | 1/18/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 1/18/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 1/18/2021 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Z. | 1/18/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.F. | 1/19/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.F. | 1/19/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.F. | 1/19/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.F. | 1/19/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.F. | 1/19/2021 | 99204 | $575.00 | $188.21 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.F. | 1/19/2021 | 99204 | $575.00 | $188.21 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.M. | 1/20/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.M. | 1/20/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.M. | 1/20/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | B.N. | 1/20/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | B.N. | 1/20/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | B.N. | 1/20/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/20/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/20/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/20/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/20/2021 | 99072 | $375.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/20/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/20/2021 | 36415 | $150.00 | $3.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/20/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/20/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.P. | 1/20/2021 | 36415 | $150.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.P. | 1/20/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.P. | 1/20/2021 | 99072 | $375.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.P. | 1/20/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.P. | 1/20/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.P. | 1/20/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.P. | 1/20/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.P. | 1/20/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.C. | 1/21/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.C. | 1/21/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.C. | 1/21/2021 | 99204 | $575.00 | $80.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | K.B. | 1/22/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | K.B. | 1/22/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | K.B. | 1/22/2021 | 99214 | $150.00 | $56.18 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.G. | 1/22/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.G. | 1/22/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.G. | 1/22/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.G. | 1/22/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.G. | 1/22/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.G. | 1/22/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Z.J. | 1/22/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Z.J. | 1/22/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Z.J. | 1/22/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Z.J. | 1/22/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Z.J. | 1/22/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Z.J. | 1/22/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.N. | 1/22/2021 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.N. | 1/22/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.N. | 1/22/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.N. | 1/22/2021 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.N. | 1/22/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.N. | 1/22/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.N. | 1/22/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.N. | 1/22/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.N. | 1/22/2021 | 99204 | $575.00 | $188.21 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.P. | 1/22/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.P. | 1/22/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.P. | 1/22/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.B. | 1/23/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.B. | 1/23/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.B. | 1/23/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.C. | 1/23/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.C. | 1/23/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.C. | 1/23/2021 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.E. | 1/23/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.E. | 1/23/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.E. | 1/23/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.P. | 1/23/2021 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.P. | 1/23/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.P. | 1/23/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.C. | 1/25/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.C. | 1/25/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.C. | 1/25/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.H. | 1/25/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.H. | 1/25/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.H. | 1/25/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.M. | 1/25/2021 | 87426 | $175.00 | $45.23 |

NPI # Key:

Exhibit C - Open MRI Claims

1750329900 - Dr. Stephen Conte

| | | | | | | |
|---|---|---|---|---|---|---|
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.M. | 1/25/2021 | 99214 | $150.00 | $56.18 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.M. | 1/25/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.M. | 1/25/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.M. | 1/25/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.M. | 1/25/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.S. | 1/25/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.S. | 1/25/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.S. | 1/25/2021 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.D. | 1/26/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.D. | 1/26/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.D. | 1/26/2021 | 99204 | $575.00 | $188.21 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.Y. | 1/26/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.Y. | 1/26/2021 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.Y. | 1/26/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.Y. | 1/26/2021 | 99214 | $150.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.Y. | 1/26/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.Y. | 1/26/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.Y. | 1/26/2021 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.Y. | 1/26/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.Y. | 1/26/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.Z. | 1/26/2021 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.Z. | 1/26/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.Z. | 1/26/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.C. | 1/27/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.C. | 1/27/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.C. | 1/27/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.D. | 1/27/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.D. | 1/27/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.D. | 1/27/2021 | 99204 | $575.00 | $188.21 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.G. | 1/27/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.G. | 1/27/2021 | 99214 | $150.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.G. | 1/27/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.J. | 1/27/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.J. | 1/27/2021 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.J. | 1/27/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.J. | 1/27/2021 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.J. | 1/27/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.J. | 1/27/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.B. | 1/28/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.B. | 1/28/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.B. | 1/28/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/28/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/28/2021 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/28/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/28/2021 | 99214 | $150.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.P. | 1/28/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.P. | 1/28/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.P. | 1/28/2021 | 99214 | $150.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/28/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | | D.P. | 1/28/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.P. | 1/29/2021 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.P. | 1/29/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.P. | 1/29/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.M. | 1/30/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.M. | 1/30/2021 | 99072 | $375.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.M. | 1/30/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.M. | 1/30/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.N. | 1/30/2021 | 99214 | $150.00 | $56.18 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.N. | 1/30/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.N. | 1/30/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | L.T. | 1/30/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | L.T. | 1/30/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | L.T. | 1/30/2021 | 99214 | $150.00 | $146.08 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.S. | 2/3/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.S. | 2/3/2021 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | N.S. | 2/3/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.J. | 2/4/2021 | 99072 | $375.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.J. | 2/4/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.J. | 2/4/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.J. | 2/4/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.Y. | 2/4/2021 | 99000 | $250.00 | $7.71 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.Y. | 2/4/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.Y. | 2/4/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.C. | 2/5/2021 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.C. | 2/5/2021 | 99072 | $375.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.C. | 2/5/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.C. | 2/5/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.M. | 2/5/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.M. | 2/5/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.M. | 2/5/2021 | 99072 | $375.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.M. | 2/5/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.V. | 2/5/2021 | 99072 | $375.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.V. | 2/5/2021 | 99204 | $575.00 | $86.41 |

Exhibit C - Open MRI Claims

NPI # Key:
1750329900 - Dr. Stephen Conte

| | | | | | | |
|---|---|---|---|---|---|---|
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.V. | 2/5/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.V. | 2/5/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | L.T. | 2/6/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | L.T. | 2/6/2021 | 99214 | $150.00 | $146.08 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | L.T. | 2/6/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.B. | 2/7/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.B. | 2/7/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.B. | 2/7/2021 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.A. | 2/8/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.A. | 2/8/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.A. | 2/8/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.N. | 2/8/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.N. | 2/8/2021 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.N. | 2/8/2021 | 86328 | $250.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.C. | 2/9/2021 | 99214 | $150.00 | $75.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.C. | 2/9/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.C. | 2/9/2021 | 86328 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | V.R. | 2/9/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | V.R. | 2/9/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | V.R. | 2/9/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | K.B. | 2/11/2021 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | K.B. | 2/11/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | K.B. | 2/11/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.R. | 2/11/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.R. | 2/11/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.R. | 2/11/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.D. | 2/12/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.D. | 2/12/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.D. | 2/12/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | K.D. | 2/12/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | K.D. | 2/12/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | K.D. | 2/12/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.G. | 2/12/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.G. | 2/12/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.G. | 2/12/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.G. | 2/12/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.G. | 2/12/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.G. | 2/12/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.B. | 2/13/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.B. | 2/13/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | D.B. | 2/13/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.C. | 2/13/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.C. | 2/13/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.C. | 2/13/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.C. | 2/13/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.C. | 2/13/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.C. | 2/13/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.H. | 2/13/2021 | 99204 | $575.00 | $188.21 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.H. | 2/13/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.H. | 2/13/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | L.T. | 2/13/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | L.T. | 2/13/2021 | 99204 | $575.00 | $188.21 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | L.T. | 2/13/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.B. | 2/15/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.B. | 2/15/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.B. | 2/15/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.C. | 2/15/2021 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.C. | 2/15/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.C. | 2/15/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.G. | 2/15/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.G. | 2/15/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.G. | 2/15/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.G. | 2/15/2021 | 99204 | $575.00 | $86.41 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.G. | 2/15/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | M.G. | 2/15/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | V.M. | 2/15/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | V.M. | 2/15/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | V.M. | 2/15/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.Y. | 2/15/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.Y. | 2/15/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | A.Y. | 2/15/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.Y. | 2/15/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.Y. | 2/15/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | E.Y. | 2/15/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Y. | 2/15/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Y. | 2/15/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | J.Y. | 2/15/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.Y. | 2/15/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.Y. | 2/15/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.Y. | 2/15/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.L. | 2/16/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.L. | 2/16/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | F.L. | 2/16/2021 | 99204 | $575.00 | $110.12 |

Exhibit C - Open MRI Claims

NPI # Key:
1750329900 - Dr. Stephen Conte

| | | | | | | |
|---|---|---|---|---|---|---|
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.R. | 2/17/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.R. | 2/17/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | R.R. | 2/17/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.C. | 2/20/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.C. | 2/20/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.C. | 2/20/2021 | 99214 | $150.00 | $45.36 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | X.S. | 2/20/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | X.S. | 2/20/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | X.S. | 2/20/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | X.S. | 2/20/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | X.S. | 2/20/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | X.S. | 2/20/2021 | 99204 | $575.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.W. | 2/22/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.W. | 2/22/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | C.W. | 2/22/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.D. | 3/15/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.D. | 3/15/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | S.D. | 3/15/2021 | 99204 | $575.00 | $188.21 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.H. | 3/16/2021 | 87426 | $175.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.H. | 3/16/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | Y.H. | 3/16/2021 | 99204 | $575.00 | $110.12 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.Z. | 3/16/2021 | 99204 | $575.00 | $188.21 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.Z. | 3/16/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | G.Z. | 3/16/2021 | 87426 | $175.00 | $45.23 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | X.S. | 3/23/2021 | 99214 | $150.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | X.S. | 3/23/2021 | 99000 | $250.00 | $0.00 |
| OPEN MRI AND IMAGING OF ROCHELL | 1750329900 | X.S. | 3/23/2021 | 87426 | $175.00 | $0.00 |