**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OPEN MRI AND IMAGING OF RP VESTIBULAR DIAGNOSTICS, P.A.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>Defendant/Counterclaim-Plaintiff.<br><br>AND<br><br>HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>OPEN MRI AND IMAGING OF ROCHELLE PARK, P.A., et al.,<br>Third-Party Counterclaim-Defendants. | Civil Action No.: 2:21-cv-10991-WJM-AME<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE ONLY AS TO PLAINTIFF'S CLAIMS AGAINST HORIZON AND AS TO HORIZON'S CLAIMS AGAINST THE VESTIBULA COUNTERCLAIM DEFENDANTS** |

It is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff/Counterclaim Defendant, Open MRI and Imaging of RP Vestibular Diagnostics, P.A. ("Plaintiff"), hereby dismisses with prejudice all causes of action asserted in this matter against Defendant, Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey ("Horizon").

It is further stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Defendant/Counterclaim Plaintiff, Horizon, hereby dismisses with prejudice all causes of action asserted in this matter only against Plaintiff/Counterclaim Defendant Open MRI and Imaging of RP Vestibular Diagnostics, P.A. and Counterclaim Defendants Vestibula Diagnostics, P.A. d/b/a Vestibular Diagnostics, P.A., Open MRI and Imaging of Rochelle Park, P.A., Universal Wellness Medical, Inc., Longevity Wellness, P.A., St. Irene Realty Corp., Stephen J. Conte, Sr., D.O., Stephen J. Conte, Jr., and Eugene DeSimone, M.D. (collectively with Plaintiff the "Vestibula Counterclaim Defendants").

This Stipulation of Dismissal With Prejudice applies only to Plaintiff's claims against Horizon, and Horizon's claims against the Vestibula Counterclaim Defendants. This Stipulation does not affect or dismiss any of Horizon's claims against any other party to this action.

*/s/ Michael P. De Marco*
Michael P. De Marco, Esq.
De Marco & De Marco
912 Belmont Ave.
North Haledon, New Jersey 07508
T: (973) 427-8843
E: demarcoanddemarco@gmail.com

*Attorneys for Plaintiff/Counterclaim Defendant Open MRI and Imaging of RP Vestibula Diagnostics, P.A. and Counterclaim Defendants Open MRI and Imaging of Rochelle Park, P.A.,*

*/s/ Robert J. Norcia*
Robert J. Norcia, Esq.
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: 215-564-8663
E: rnorcia@stradley.com

*Attorneys for Defendant/Counterclaim Plaintiff Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey*

*Vestibula Diagnostics, P.A. d/b/a Vestibular Diagnostics, P.A., Universal Wellness Medical, Inc., Longevity Wellness, P.A., St. Irene Realty Corp., Stephen J. Conte, Sr., D.O., Stephen J. Conte, Jr., and Eugene DeSimone, M.D.*

Date: June 11, 2024

Date: June 11, 2024

*So Ordered on 6/12/2024:*

William J. Martini, U.S.D.J.