**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OPEN MRI AND IMAGING OF RP VESTIBULAR DIAGNOSTICS, P.A.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>Defendant/Counterclaim-Plaintiff.<br><br>AND<br><br>HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>OPEN MRI AND IMAGING OF ROCHELLE PARK, P.A., et al.,<br>Third-Party Counterclaim-Defendants. | Civil Action No.: 2:21-cv-10991-WJM-AME<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO COUNTERCLAIM DEFENDANT DONEY JAIN, M.D.** |

It is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Defendant/Counterclaim Plaintiff, Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey, hereby dismisses without prejudice all causes of action asserted in this matter against Counterclaim Defendant, Doney Jain, M.D. ("Dr. Jain").

This Stipulation of Dismissal Without Prejudice applies only to Horizon's claims against Dr. Jain. This Stipulation does not affect or dismiss any of Horizon's claims against any other party to this action.

*/s/ Charles Vaccaro*
Christopher Adams, Esq.
Charles Vaccaro, Esq.
Conor Hennessey, Esq.
Greenbaum Rowe Smith & Davis LLP
99 Wood Avenue South
Iselin, New Jersey 08830
T: (732) 549-5600
E: cadams@greenbaumlaw.com;
cvaccaro@greenbaumlaw.com;
chennessey@greenbaumlaw.com

*Attorneys for Counterclaim Defendant Doney Jain, M.D.*

*/s/ Robert J. Norcia*
Robert J. Norcia, Esq.
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: 215-564-8663
E: rnorcia@stradley.com

*Attorneys for Defendant/Counterclaim Plaintiff Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey*

Date: June 18, 2024

Date: June 18, 2024