**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OPEN MRI AND IMAGING OF RP VESTIBULAR DIAGNOSTICS, P.A.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>Defendant/Counterclaim-Plaintiff.<br><br>AND<br><br>HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>OPEN MRI AND IMAGING OF ROCHELLE PARK, P.A., et al.,<br>Third-Party Counterclaim-Defendants. | Civil Action No.: 2:21-cv-10991-WJM-AME<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO GEORGE HERMANN, M.D.** |

It is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Defendant/Counterclaim Plaintiff, Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey, hereby dismisses without prejudice all causes of action asserted in this matter against Counterclaim Defendant, George Hermann ("Dr. Hermann").

It is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Counterclaim Defendant/Counterclaim Plaintiff, Dr. Hermann, hereby dismisses without prejudice all causes of action asserted in this matter against Horizon.

This Stipulation of Dismissal Without Prejudice applies only to Horizon's claims against Dr. Hermann and Dr. Hermann's claims against Horizon. This Stipulation does not affect or dismiss any of Horizon's claims against any other party to this action.

*/s/ Patrick J. Caserta*
Patrick J. Caserta, Esq.
Patrick J. Caserta, Esq. LLC
999 McBride Ave., Suite B210
Woodland Park, NJ 07424
T: (973) 632-2100
E: pcaserta@pjclawoffice.com

*Attorneys for Counterclaim Defendant/Counterclaim Plaintiff George Hermann, M.D.*

Date: August 13, 2024

*/s/ Robert J. Norcia*
Robert J. Norcia, Esq.
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: 215-564-8663
E: rnorcia@stradley.com

*Attorneys for Defendant/Counterclaim Plaintiff Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey*

Date: August 13, 2024