STRADLEY RONON

**Stradley Ronon Stevens & Young, LLP**
LibertyView
457 Haddonfield Road
Suite 100
Cherry Hill, NJ 08002
Telephone 856.321.2400
www.stradley.com

**Robert J. Norcia**
rnorcia@stradley.com
215.564.8663

August 14, 2024

**VIA CM/ECF**
Hon. André Espinosa, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building/U.S. Courthouse
50 Walnut St.
Newark, New Jersey 07102

**Re: Open MRI and Imaging RP Vestibular Diagnostics, P.A. v. Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey v. Open MRI and Imaging of Rochelle Park, P.A. et al., No.: 2:21-cv-10991-WJM-AMF**

Dear Judge Espinosa:

As you know, this firm represents Defendant/Counterclaim Plaintiff, Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey ("Horizon"), in the above-referenced matter. Please accept this joint status update letter from the remaining parties—Horizon and Counterclaim Defendants, Integrated Wellness Medicine, LLC and Salvatore Conte, M.D. (collectively "IWM")—and request for cancellation of the upcoming telephonic status conference currently scheduled for August 20, 2024.

Horizon and IWM have entered into a confidential settlement agreement resolving this litigation. Once the settlement is finalized, Horizon and IWM will file the appropriate stipulation of dismissal, with prejudice.

All other claims asserted in this matter have been resolved with the filing of the appropriate stipulations of dismissal, as follows:

- Plaintiff's claims against Horizon, and Horizon's claims against the Vestibula Counterclaim Defendants[1] were dismissed with prejudice. (*See* D.E. 229-30);

- Horizon's claims against Counterclaim Defendant, Raymond Reiter, M.D., were dismissed with prejudice. (*See* D.E. 168, 170);

- Horizon's claims against Counterclaim Defendant, Doney Jain, M.D., were dismissed without prejudice. (*See* D.E. 231-32); and

- Horizon's claims against Counterclaim Defendant, George Hermann, M.D., are awaiting dismissal without prejudice following Horizon's and Dr. Hermann's submission of a stipulation of dismissal. (*See* D.E. 234).

Since Horizon has settled with the two remaining parties and no other claims or parties remain, Horizon and IWM respectfully request cancellation *sine die* of the upcoming telephonic status conference pending finalization of the settlement and submission of the appropriate stipulation of dismissal.

We thank the Court for its time and consideration of this matter. Should you have any questions or concerns, please do not hesitate to have your chambers contact me directly.

Respectfully,

*/s/ Robert J. Norcia*

Robert J. Norcia

RJN/mlb
cc: All Counsel of Record (*via CM/ECF*)

---

[1] The "Vestibula Counterclaim Defendants" included Plaintiff, Open MRI and Imaging of RP Vestibula Diagnostics, P.A., and Counterclaim Defendants Vestibula Diagnostics, P.A. d/b/a Vestibular Diagnostics, P.A., Open MRI and Imaging of Rochelle Park, P.A., Stephen J. Conte, Sr., D.O., Stephen J. Conte, Jr., Universal Wellness Medical, Inc., Longevity Wellness, P.A. Eugene DeSimone, M.D., and St. Irene Realty Corp.