**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OPEN MRI AND IMAGING OF RP VESTIBULAR DIAGNOSTICS, P.A.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>Defendant/Counterclaim-Plaintiff.<br><br>AND<br><br>HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>OPEN MRI AND IMAGING OF ROCHELLE PARK, P.A., et al.,<br>Third-Party Counterclaim-Defendants. | Civil Action No.: 2:21-cv-10991-WJM-AME<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE ONLY AS TO COUNTERCLAIM DEFENDANTS SALVATORE CONTE, M.D. AND INTEGRATED WELLNESS MEDICINE, LLC** |

It is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Defendant/Counterclaim Plaintiff, Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey, hereby dismisses with prejudice all causes of action asserted in this matter against Counterclaim Defendants, Salvatore Conte, M.D. ("Dr. Salvatore Conte") and Integrated Wellness Medicine, LLC ("IWM").

This Stipulation of Dismissal With Prejudice applies only to Dr. Salvatore Conte and IWM.

*/s/ Peter Festa*
Peter Festa, Esq.
Festa Law Firm
547 Union Blvd., 2nd Floor
Totowa, NJ 07512
T: (973) 569-0888
E: pfesta418@gmail.com

*Attorneys for Counterclaim Defendants Salvatore Conte, M.D. and Integrated Wellness Medicine, LLC*

Date: October 2, 2024

*/s/ Robert J. Norcia*
Robert J. Norcia, Esq.
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: 215-564-8663
E: rnorcia@stradley.com

*Attorneys for Defendant/Counterclaim Plaintiff Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey*

Date: October 2, 2024